UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAR 10 2026 PM2:31
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.

SKYLER PALMER

CASE NO. 8:26-cr-82-MSS-LSG

21 U.S.C. § 841(a)(1)
(Distribution of a Controlled
Substance or Possession with
Intent to Distribute)
18 U.S.C. § 924 (c)(1)(A)
(Possession of a Firearm in
Furtherance of Drug Trafficking
Crime)
18 U.S.C. 922(g)
(Possession of a Firearm by a
Convicted Felon)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Possession with Intent to Distribute a Controlled Substance)

On or about August 8, 2025, in the Middle District of Florida, the defendant,

SKYLER PALMER,

did knowingly and intentionally distribute and possess with intent to distribute a

controlled substance, which violation involved 50 grams or more of

methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)

## COUNT TWO
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about August 8, 2025 in the Middle District of Florida, the defendant,

SKYLER PALMER,

did knowingly possess a firearm in furtherance of a violation of 21 U.S.C. § 841(a)(1), as alleged in Count One above, which allegations the Grand Jury realleges and incorporates by reference herein, a drug trafficking crime for which the defendants may be prosecuted in a Court of the United States.

All in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2.

## COUNT THREE
**(Possession of a Firearm by a Convicted Felon)**

SKYLER PALMER (BJ)

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

Fleeing or Eluding, convicted on or about October 30, 2013;

Grand Theft, convicted on or about June 5, 2017;

Possession of a Controlled Substance, convicted on or about October 27, 2020;

Felonious Possession of a Firearm, convicted on or about September 14, 2018,

did knowingly possess, in and affecting foreign and interstate commerce, firearms and ammunition, to wit: a Charter Arms .38 caliber revolver, a ~~FB Radom~~ 9mm (BJ) pistol, and ammunition.

All in violation of 18 U.S.C. §§ 922(g) and 924(a)(8).

## FORFEITURE

1.     The allegations contained in Counts One Through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2.     Upon conviction of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.     Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in or used in the violation.

3.     The property to be forfeited includes, but is not limited to, a Charter Arms .38 special revolver, a ~~Heckler and Koch 9mm~~ FB Radom (BJ) semi-automatic handgun, and ammunition, recovered on or about August 8, 2025.

4.     If any of the property described above, as a result of any acts or omissions of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

e.   has been commingled with other property, which cannot be divided without difficulty.

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Samantha J. Newman
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and
Racketeering Section

4

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

SKYLER PALMER

## INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)
18 U.S.C. § 924 (c)(1)(A)
18 U.S.C. 922(g)

A true bill,

████████████████████████

Foreperson

Filed in open court this 10th day

of March 2026.

_C. Reaves_____
Clerk

Bail $_____