UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:26-cr-82-MSS-LSG

SKYLER PALMER

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, states to the Court as follows:

1.     An Indictment is pending in this Court against Skyler Palmer in the

above styled case, and it is set for Initial Appearance as to said defendant at Tampa,

Florida, on April 8, 2026 at 2:00pm.

2.     The defendant is now confined in Polk County Jail, 7415 De Castro

Rd, Winter Haven, Florida 33880.

3.     It is necessary to have said defendant before this Court for Initial

Appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of

Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed

to the aforesaid penal institution and there take into custody the body of the said

defendant and have him before this Court at the time and place above specified for

Initial Appearance, and upon completion of proceedings in this case to return the

said defendant to the custody of the Warden, of the Polk County Jail, 7415 De

Castro Rd, Winter Haven, Florida 33880., and also directing the said Warden, of the

Polk County Jail, 7415 De Castro Rd, Winter Haven, Florida 33880, to deliver the

said defendant into the custody of any United States Marshal for the aforesaid

purpose.

Date: _____

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Samantha J. Newman*
       Samantha J. Newman
       Assistant United States Attorney
       United States Attorney No. 209
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Samantha.Newman@usdoj.gov

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                   CASE NO. 8:26-cr-82-MSS-LSG

SKYLER PALMER

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the Polk County Jail, 7415 De Castro Rd, Winter Haven, Florida 33880.

It appearing from the petition of the United States of America that the defendant in the above case, Skyler Palmer, is confined in Polk County Jail at Winter Haven, Florida, and that this case is set for Initial Appearance as to said defendant on April 8, 2026, at 2:00pm, and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Skyler Palmer now detained in custody as aforesaid, under safe and secure conduct, before this Court on April 8, 2026, at Tampa, Florida, by or before 2:00pm, for Initial Appearance on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Polk County Jail, 7415 De Castro Rd, Winter Haven, Florida 33880, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Skyler Palmer with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Polk County Jail, 7415 De Castro Rd, Winter Haven, Florida 33880.

DONE and ORDERED at Tampa, Florida, this ___ day of March, 2026.

<br>

LINDSAY S. GRIFFIN
United States Magistrate Judge

2