UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:26-cr-82-MSS-LSG

SKYLER PALMER

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the Polk County Jail, 7415 De Castro Rd, Winter Haven, Florida 33880.

It appearing from the petition of the United States of America that the defendant in the above case, Skyler Palmer, is confined in Polk County Jail at Winter Haven, Florida, and that this case is set for Initial Appearance as to said defendant on April 8, 2026, at 2:00pm, and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Skyler Palmer now detained in custody as aforesaid, under safe and secure conduct, before this Court on April 8, 2026, at Tampa, Florida, by or before 2:00pm, for Initial Appearance on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Polk County Jail, 7415 De Castro Rd, Winter Haven, Florida 33880, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Skyler Palmer with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Polk County Jail, 7415 De Castro Rd, Winter Haven, Florida 33880.

DONE and ORDERED at Tampa, Florida, this 31st day of March, 2026.

LINDSAY S. GRIFFIN
United States Magistrate Judge

2

**AUSA REQUEST/WRIT OF HABEAS CORPUS**

To: William B. Berger, Sr.
United States Marshal

From: Samantha Newman
Assistant United States Attorney

Subject: AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name: Skyler Palmer

AKA: PALMER, SKYLAR J, PALMER, SKYLAR JAMES

DOB or Age: 6/14/1995  Race: W      Sex: Male

Booking No: 2025-021955        BOP No:      FBI No:

Federal/State Charges:

Institution's Phone No.: 863-298-6200

Case Agent: Brian Wilson        Agency: FBI        Phone No: 571-456-9749

Other Special Handling, Medical, or Separatee Information:


It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED
TO THE AUSA REQUEST OR COPY OF WRIT**