**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                Case No. 8:26-cr-82-MSS-LSG

SKYLER PALMER

**CLERK'S MINUTES**
Proceeding: Initial Appearance and Arraignment
*Courtroom 12A*

| | |
|---|---|
| Judge: Lindsay S. Griffin, U.S. Magistrate Judge | Date: April 8, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 12:50 p.m. |
| USPO: Gabrielle McCoy | Recess: 12:57 p.m. |
| Court Reporter: Digital | Total Time: 7 mins |
| Interpreter: none | |

Counsel for USA: Samantha Newman, AUSA
Counsel for Defendant: Adam Allen, AFPD

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court inquires of Defendants financial status. Court appoints Federal Public Defender's Office.

Court advises of charges contained in Indictment. Defendant waives full and formal reading, enters a plea of not guilty, moves to participate in discovery. Government moves for reciprocal discovery.

BOND:       <u>Government:</u>  moves for detention. Defendant has a state no bond.

            <u>Defendant:</u>    reserves.

Court orders Defendant detained pending trial.

Trial set for the June trial term commencing on June 1 before Judge Scriven. Status reports due by the 15th of each month.

Oral due process order pronounced.

Recess.