# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:26-cr-82-MSS-LSG

SKYLER PALMER

_____/

## <u>ORDER OF DETENTION</u>

An indictment charges the defendant with possession of a controlled substance with intent to distribute, possession of a firearm in furtherance of a drug trafficking crime, and unlawful possession of a firearm by a convicted felon. Doc. 1. The United States moves to detain the defendant. The defendant reserved the right to argue for his release at a later date. According to the information in the record and as confirmed by counsel at the hearing, the defendant is in state custody. Thus, the question of bond is moot, and the defendant is detained. The defendant may move for a bond hearing at a later time if the defendant obtains release from state custody.

The defendant is hereby committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity

for consultation with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **ORDERED** in Tampa, Florida, this 8th day of April, 2026.

LINDSAY S. GRIFFIN
United States Magistrate Judge