# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America

v.

SKYLER PALMER

)
)
)
)
)
)
)

Case No.   8:26-cr-00082-MSS-LSG

*Defendant*

RECEIVED U.S. MARSHALS
2026 MAR 11 AM 10:02

## ARREST WARRANT

APR 10 2026 AM 10:55
FILED - USDC - FLMD - TPA

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SKYLER PALMER                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Possession of methamphetamine with intent to distribute, in violation of 21 USC § 841(a)(1)
Possession of firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. §924(c)(1)(A)
Felon in Possession of a Firearm and Ammunition, in violation of 18 USC § 922(g)

Date:     03/11/2026

*Issuing officer's signature*

City and state:     Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/11/2026          , and the person was arrested on *(date)* 4/8/2026 |
| at *(city and state)* Polk Co. FL          . |

Date: 4/8/2026

**For FBI**

*Arresting officer's signature*

M. Ricks DUSM
*Printed name and title*