UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO: 8:26-CR-82-MSS-LSG

SKYLER PALMER

**<u>UNITED STATES' AND DEFENDANT JOINT STATUS REPORT</u>**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this status report, pursuant to Fed. R. Crim.

P. 17.1, and this Court's order.

1.　　Brief summary of the case's status:

    a.　The defendant is charged by indictment one count of Distribution of

50 grams or more of methamphetamine, one count of possession of

a firearm in furtherance of a drug trafficking crime, and one count of

possession of a firearm by a convicted felon.

    b.　The defendant was arraigned on the indictment on April 8, 2026.

    c.　The defendant is detained.

    d.　There are no un-arrested indicted defendants.

    e.　This case is on the Court's June 2026 trial calendar.

2.　　The possibility of a plea agreement is unknown.

3.　　Number of days required for trial for each side:

    a.　The Government anticipates its case in chief will take 3 days.

1

b. The number of days required for the defendant is unknown at this time.

4. Counsel for the Defendant has indicated he is going to file a motion to continue the case three cycles. The Government does not oppose this request.

5. Without the motion to continue, speedy trial will run on June 16, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Samantha J. Newman*
Samantha J. Newman
Assistant United States Attorney
United States Attorney No. 209
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: 813-301-3086
Facsimile: 813-274-6358
Email: Samantha.newman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

/s/ *Samantha J. Newman*
Samantha J. Newman
Assistant United States Attorney
United States Attorney No. 209
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: 813-301-3086
Facsimile: 813-274-6358
Email: Samantha.newman@usdoj.gov