# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                   **Case No. 8:26-CR-82-MSS-LSG**

**SKYLER PALMER**
_____/

## <u>UNOPPOSED MOTION TO CONTINUE TRIAL TERM</u>

## <u>AND EXTEND PRETRIAL MOTION DEADLINE</u>

Defendant, Skyler Palmer, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's June 2026 trial term, by two cycles. The government is not opposed to this request. As grounds in support thereof, Mr. Palmer, states

1. Mr. Skyler Palmer had his initial appearance and arraignment before Honorable Lindsay S. Griffin on April 8, 2026, where he was charged via three-count indictment with Distribution of a Controlled Substance or Possession with Intent to Distribute, Possession of a Firearm in Furtherance of Drug Trafficking Crime, and Possession of a Firearm by a Convicted Felon, all in violation of 21 U.S.C. 841 (a)(1), 18 U.S.C. 924 (c)(1)(A), and 18 U.S.C. 922(g). Doc. 1.

2. Mr. Palmer was ordered detained. Doc.10.

3. This Court set this matter for June trial term 2026 with a status report

due on the 15th each month, and all motions and memoranda concerning matters must be filed within thirty (30) days after receipt of the United States' Rule 16(a). Doc. 13.

4. This is the first continuance requested in this matter.

5. Defense is seeking a three-cycle continuance of trial term and extend pretrial motion deadline by sixty (60) days to permit defense to determine and advise Mr. Palmer on an appropriate resolution of this case. Furthermore, defense seeks additional time to review discovery and negotiate with the government.

6. Undersigned has conferred with Assistant United States Attorney Samanta Newman, who has advised that the government does not oppose the relief sought in this motion.

7. Mr. Palmer is in agreement with this motion and waives his speedy trial until September 30, 2026.

**MEMORANDUM OF LAW**

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason that a continuance is justified and the effort to resolve any scheduling conflict. Mr. Palmer argues that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Skyler Palmer respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Palmer in a speedy trial and enter an Order continuing the trial term to the September 2026 trial term.

DATED this 19th day of May 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 19th day of May 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Samantha Newman, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender