## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:26-cr-82-MSS-LSG

SKYLER PALMER

_____/

### LIMITED WAIVER OF SPEEDY TRIAL

Defendant, **SKYLER PALMER**, by and through undersigned counsel, hereby freely and voluntarily waives his right to speedy trial under 18 U.S.C. § 3161 and the United Constitution through September 30, 2026.

**DATED** this __9th__ day of __June__ 2026.


_Skyler Palmer_                           _Ryan J. Maguire_
_____          _____
Skyler Palmer                            Ryan J. Maguire
                                         Assistant Federal Public Defender
                                         Florida Bar No. 117534
                                         400 North Tampa St. Suite 2700
                                         Tampa, FL 33602
                                         Telephone: (813) 228-2715
                                         Email: ryan_maguire@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 9th day of June 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Samantha Newman, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender
