UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO: 8:26-cr-82-MSS-LSG

SKYLER PALMER

## UNITED STATES' AND DEFENDANT JOINT STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this status report, pursuant to Fed. R. Crim.

P. 17.1, and this Court's order.

1.    Brief summary of the case's status:

   a.   The defendant is charged by indictment one count of Distribution of

        50 grams or more of methamphetamine, one count of possession of

        a firearm in furtherance of a drug trafficking crime, and one count of

        possession of a firearm by a convicted felon.

   b.   The defendant was arraigned on the indictment on April 8, 2026.

   c.   The defendant is detained.

   d.   There are no un-arrested indicted defendants.

   e.   This case is on the Court's September 2026 trial calendar.

2.    The possibility of a plea agreement is unknown.

3.    Number of days required for trial for each side:

   a.   The Government anticipates its case in chief will take 3 days.

1

    b.  The number of days required for the defendant is unknown at this time.

4.    This case has been continued to the September trial term subject to a written waiver of speedy trial, which the defense filed on June 9, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Samantha J. Newman*
      Samantha J. Newman
      Assistant United States Attorney
      United States Attorney No. 209
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: 813-301-3086
      Facsimile: 813-274-6358
      Email: Samantha.newman@usdoj.gov

**U.S. v. Skyler Palmer**                    **Case No.** 8:26-cr-82-MSS-LSG

## CERTIFICATE OF SERVICE

I hereby certify that on June 15,  2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Counsel of Record

/s/ *Samantha J. Newman*
Samantha J. Newman
Assistant United States Attorney
United States Attorney No. 209
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: 813-301-3086
Facsimile: 813-274-6358
Email: Samantha.newman@usdoj.gov

3