UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO: 8:26-cr-82-MSS-LSG

SKYLER PALMER

**UNITED STATES' AND DEFENDANT JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this status report, pursuant to Fed. R. Crim. P. 17.1, and this Court's order.

1. Brief summary of the case's status:

    a. The defendant is charged by indictment one count of Distribution of 50 grams or more of methamphetamine, one count of possession of a firearm in furtherance of a drug trafficking crime, and one count of possession of a firearm by a convicted felon.

    b. The defendant was arraigned on the indictment on April 8, 2026.

    c. The defendant is detained.

    d. There are no un-arrested indicted defendants.

    e. This case is on the Court's September 2026 trial calendar.

2. The possibility of a plea agreement is unknown.

3. Number of days required for trial for each side:

    a. The Government anticipates its case in chief will take 3 days.

b. The number of days required for the defendant is unknown at this time.

4. This case is on the September trial calendar, with a waiver of speedy trial through September 30, 2026.

5. Counsel for the Defendant has indicated he will file a motion to continue the case until November 2026. The United States does not oppose this motion.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Samantha J. Newman*
Samantha J. Newman
Assistant United States Attorney
United States Attorney No. 209
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: 813-301-3086
Facsimile: 813-274-6358
Email: Samantha.newman@usdoj.gov

**U.S. v. Skyler Palmer** **Case No.** 8:26-cr-82-MSS-LSG

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

*/s/ Samantha J. Newman*

Samantha J. Newman
Assistant United States Attorney
United States Attorney No. 209
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: 813-301-3086
Facsimile: 813-274-6358
Email: Samantha.newman@usdoj.gov