**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No.: 8:26-cr-00082-MSS-LSG**

**SKYLER PALMER,**

**Defendant,**
_________________________________/

# ORDER

This cause comes before the Court for consideration on Defendant Skyler Palmer's Unopposed Motion to Continue Trial. (Dkt. 24) Accordingly, it is

**ORDERED** that this case is continued to the November 2026 **TRIAL TERM, which commences November 2, 2026**, with a more precise trial date to follow, **subject to the submission of a written Waiver of Speedy Trial through (November 30, 2026), within fourteen (14) days from the date of this Order.** This continuance satisfies the ends of justice in accordance with the Speedy Trial Act of 1974 (18 U.S.C. §§ 3161-3165, *et seq*) and *United States v. Zedner*, 547 U.S. 489 (2006).

**It is further ORDERED** that the parties shall file a **Joint Status Report** on or before the fifteenth (15th) day of **each month**. Said report shall include the following information:

1. A brief summary of the status of the case, including the number of remaining defendants (including fugitives);

2. The possibility, if known, of a plea agreement as to each defendant;

3. The number of days for trial **each side** requires;

4. A list of all pending motions, the dates on which they were filed, and whether they are ripe for determination; and

5. A brief explanation as to whether a potential speedy trial problem exists and the date on which the speedy trial deadline expires.

No Status Conference will be held unless deemed necessary by the Court.

**DONE and ORDERED** in Tampa, Florida, on August 21, 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
United States Marshal Service
United States Probation Office
United States Pretrial Office