**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v. **Case No.: 8:26-cr-82-MSS-LSG**

**SKYLER PALMER**
______________________________/

**WAIVER OF SPEEDY TRIAL**

COMES NOW, the Defendant, Skyler Palmer, by and through his undersigned counsel, and hereby freely and voluntarily waives his right to a speedy trial under 18 U.S.C. §3161 and the United States Constitution up to and including June 30, 2027, regarding the Indictment filed herein.

EXECUTED this 20th day of November, 2026.

Skyler Palmer
______________________________
Skyler Palmer
Defendant

[signature]
______________________________
Ryan J. Maguire
Assistant Federal Public Defender
Counsel for the Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of November 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Samantha Joan Newman, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender